# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

162887 & (116)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

REGINALD LAMARR DAVIS,
     Defendant-Appellant.

SC: 162887
COA: 354927
Wayne CC: 20-002814-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 16, 2021 order of the Court of Appeals is considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the April 16, 2021 order staying the effect of the Wayne Circuit Court's order granting pretrial release to the appellant pending the resolution of the appellee's appeal of that order. MCR 6.106(H)(1) states that "[t]he reviewing court may not stay, vacate, modify, or reverse the release decision except on finding an abuse of discretion." The April 16, 2021 stay order did not find that the trial court abused its discretion. And in the Court of Appeals April 22, 2021 judgment affirming the trial court, it expressly held that the trial court did not abuse its discretion by granting the appellant's motion for pretrial release. Accordingly, MCR 6.106(H)(1) precludes the Court of Appeals from staying the effect of the trial court's release decision.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



t0427

Clerk